UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: BASLER, JEFFREY | § | Case No. 15-80172 |
| BASLER, CYNTHIA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 27, 2015. The undersigned trustee was appointed on January 27, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $       1,066,555.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 800,000.00 |
| Administrative expenses | 50,755.74 |
| Bank service fees | 17,964.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 197,835.56 |

    Cynthia's account: $189,580.40
    Jeffrey's account: $8,255.16

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/15/2015 and the deadline for filing governmental claims was 07/27/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $55,246.68. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $43,250.00 as interim compensation and now requests the sum of $11,996.68, for a total compensation of $55,246.68.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $863.10, for total expenses of $863.10.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/07/2017          By:/s/JOSEPH D. OLSEN
                             Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 15-80172  
Case Name: BASLER, JEFFREY  
BASLER, CYNTHIA  
Period Ending: 03/07/17  

Trustee: (330400) JOSEPH D. OLSEN  
Filed (f) or Converted (c): 01/27/15 (f)  
§341(a) Meeting Date: 03/05/15  
Claims Bar Date: 07/15/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1735 North Sauk, Oregon, IL | 305,000.00 | 0.00 | | 0.00 | FA |
| 2 | 101 North 3rd, Oregon, IL | 155,000.00 | 0.00 | | 0.00 | FA |
| 3 | 5233 Coral Isle Court, Ft. Myers, FL | 150,000.00 | 0.00 | | 0.00 | FA |
| 4 | 807 Pines Road, Oregon, IL | 650,000.00 | 0.00 | | 0.00 | FA |
| 5 | cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Community Bank of Oregon - checking | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Byron Bank/checking | 70.00 | 0.00 | | 0.00 | FA |
| 8 | Byron Bank - Savings | 24.00 | 0.00 | | 0.00 | FA |
| 9 | Fifth/Third Bank/ checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Riverside Bank - checking | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Byron Bank/checking | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Christmas Club @ The Harvard State Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | misc. household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 15 | fur ($500.00) engagement ring ($100.00) | 600.00 | 0.00 | | 0.00 | FA |
| 16 | Country Companies/beneficiary husband | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | Mass Mutual/hus.ben./Universal life | 0.00 | 0.00 | | 0.00 | FA |
| 18 | NW Mutual/Husband beneficiary/whole life | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Northwest Mutual/Wife beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 20 | MetLife/husband beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 21 | West Coast Life Ins./held by Bank to co | 0.00 | 0.00 | | 0.00 | FA |
| 22 | American General Life Ins. POB 9000 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | TRS | 4,300.00 | 0.00 | | 0.00 | FA |
| 24 | Basler's Hardware, Inc./business | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Basler's Hardware, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Bonds | 150.00 | 0.00 | | 0.00 | FA |
| 27 | 2006 Lexus SC 430 | 17,000.00 | 10,000.00 | | 9,848.28 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 15-80172  
Case Name: BASLER, JEFFREY  
BASLER, CYNTHIA  
Period Ending: 03/07/17  

Trustee: (330400) JOSEPH D. OLSEN  
Filed (f) or Converted (c): 01/27/15 (f)  
§341(a) Meeting Date: 03/05/15  
Claims Bar Date: 07/15/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2008 Rav4 | 12,000.00 | 8,000.00 | | 6,951.72 | FA |
| 29 | 2012 Sequoia | 30,000.00 | 0.00 | | 0.00 | FA |
| 30 | two jet skis | 400.00 | 0.00 | | 0.00 | FA |
| 31 | 20 year old pontoon boat | 200.00 | 0.00 | | 0.00 | FA |
| 32 | Basler's Land Trust 807 Pines Rd Oregon | 0.00 | 0.00 | | 0.00 | FA |
| 33 | LH Gebhart Insur Trust (*same as #40) (u) | 0.00 | Unknown | | 0.00 | FA |
| 34 | Lynn H. Gebhart Trust (*same as #40) (u) | 0.00 | Unknown | | 0.00 | FA |
| 35 | First Busey corporation (?) (u) | 0.00 | Unknown | | 0.00 | FA |
| 36 | Met Life Stock (u) | 0.00 | Unknown | | 0.00 | FA |
| 37 | 2014 Federal/State income tax refunds (u) | 0.00 | Unknown | | 0.00 | FA |
| 38 | Post-petition transfers (stock div) (u) | 0.00 | 5,300.00 | | 0.00 | FA |
| 39 | Preferences (?) (u) | 0.00 | Unknown | | 0.00 | FA |
| 40 | Interest in Trust & 2 life Ins Agrmnts (u) | 951,900.00 | 951,900.00 | | 949,755.89 | FA |
| 41 | Recovery of hidden asset -prepetition stock sale (u) | 0.00 | Unknown | | 100,000.00 | FA |
| 41 | **Assets    Totals (Excluding unknown values)** | **$2,288,444.00** | **$975,200.00** | | **$1,066,555.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has collected in excess of $1 million dollars on the file. Has made an Interim Distribution to the creditors. The Trustee has to now "split" the estates for administrative purposes and allocate the receipts and disbursements between the 2 estates and file his Final Report. In addition the Debtors entered into a stipulation to have their discharge revoked.

Initial Projected Date Of Final Report (TFR):    December 31, 2016          Current Projected Date Of Final Report (TFR):    March 31, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-80172 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BASLER, JEFFREY | | Bank Name: | Rabobank, N.A. |
| | BASLER, CYNTHIA | | Account: | ******3166 - Cynthia Basler |
| Taxpayer ID #: | **-***7775 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/07/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/15 | | Cynthia and Jeffrey Basler | equity re: vehicles | | 16,800.00 | | 16,800.00 |
| | {27} | | 9,848.28 | 1129-000 | | | 16,800.00 |
| | {28} | | 6,951.72 | 1129-000 | | | 16,800.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,790.00 |
| 08/03/15 | {40} | Busey Wealth Management | Beverly & Gloria Reedy & Mercer, et al (cash distribution) | 1229-000 | 29,879.38 | | 46,669.38 |
| 08/03/15 | {40} | Busey Wealth Management | Lynn H Gebhart Trust Ag. Irrev (25%) | 1229-000 | 165,658.08 | | 212,327.46 |
| 08/03/15 | {40} | Busey Wealth Management | Lynn H Gebhart Trust Under will (30%) | 1229-000 | 754,218.43 | | 966,545.89 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,161.75 | 965,384.14 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,481.24 | 963,902.90 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,386.43 | 962,516.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,338.29 | 961,178.18 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,520.89 | 959,657.29 |
| 01/27/16 | {41} | Fifth Third Bank | Cashier's check (purchased by Cynthia Basler) | 1221-000 | 100,000.00 | | 1,059,657.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,335.57 | 1,058,321.72 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,467.48 | 1,056,854.24 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,667.78 | 1,055,186.46 |
| 04/14/16 | 101 | United States Treasury | payment of year end 1041 taxes for 12/31/15 | 2810-000 | | 1,535.00 | 1,053,651.46 |
| 04/14/16 | 102 | Illinois Department of Revenue | pymt of Form IL-1041-V for year end 12/31/15 | 2820-000 | | 5,045.00 | 1,048,606.46 |
| 04/25/16 | 103 | Benning Group, LLC | Per Ct. Order of 4/20/16 | 3310-000 | | 500.00 | 1,048,106.46 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,462.74 | 1,046,643.72 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,451.35 | 1,045,192.37 |
| 06/02/16 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-80172 | 2300-000 | | 425.74 | 1,044,766.63 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,648.91 | 1,043,117.72 |
| 07/12/16 | 105 | Yalden, Olsen & Willette | Per Court Order 7/11/16 - Interim trustee fees | 2100-000 | | 43,250.00 | 999,867.72 |
| 07/12/16 | 106 | INTERNAL REVENUE SERVICE | | 5800-000 | | 7,203.00 | 992,664.72 |
| 07/12/16 | 107 | Fifth Third Bank | per court order of 7/11/16 - Interim distribution | 7100-000 | | 16,826.12 | 975,838.60 |
| 07/12/16 | 108 | Frontier Communications | Per court order of 7/11/16 - interim distribution | 7100-000 | | 21.13 | 975,817.47 |
| 07/12/16 | 109 | Nicor Gas | Per Court order of 7/11/16 - interim distribution | 7100-000 | | 124.71 | 975,692.76 |
| 07/12/16 | 110 | Illinois Bank & Trust | Per Court order of 7/11/16 - interim distribution | 7100-000 | | 10,811.23 | 964,881.53 |
| 07/12/16 | 111 | Illinois Bank & Trust | Per court order 7/11/16 - interim distribution | 7100-000 | | 248,689.42 | 716,192.11 |
| 07/12/16 | 112 | Illinois Bank & Trust | Per court order of 7/11/16 - interim distribution | 7100-000 | | 513,233.39 | 202,958.72 |
| 07/12/16 | 113 | Illinois Department of Revenue | Per Court order of 7/11/16 - interim distribution | 5800-000 | | 3,091.00 | 199,867.72 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 854.82 | 199,012.90 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.03 | 198,698.87 |

Subtotals :  $1,066,555.89   $867,857.02

{} Asset reference(s)                                                                                                         Printed: 03/07/2017 10:41 AM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-80172 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BASLER, JEFFREY | | Bank Name: | Rabobank, N.A. |
| | BASLER, CYNTHIA | | Account: | \*\*\*\*\*\*3166 - Cynthia Basler |
| Taxpayer ID #: | \*\*-\*\*\*7775 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/07/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.01 | 198,413.86 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.12 | 198,138.74 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.18 | 197,835.56 |
| 01/30/17 | | To Account #\*\*\*\*\*\*3167 | Transfer to husband per court order | 9999-000 | | 8,255.16 | 189,580.40 |
| | | | ACCOUNT TOTALS | | 1,066,555.89 | 876,975.49 | $189,580.40 |
| | | | Less: Bank Transfers | | 0.00 | 8,255.16 | |
| | | | Subtotal | | 1,066,555.89 | 868,720.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,066,555.89 | $868,720.33 | |

{} Asset reference(s)

Printed: 03/07/2017 10:41 AM     V.13.30

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 15-80172 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BASLER, JEFFREY | | Bank Name: | Rabobank, N.A. |
| | BASLER, CYNTHIA | | Account: | ******3167 - Jeffrey Basler |
| Taxpayer ID #: | **-***7775 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/07/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/17 | | From Account #******3166 | Transfer to husband per court order | 9999-000 | 8,255.16 | | 8,255.16 |
| | | | ACCOUNT TOTALS | | 8,255.16 | 0.00 | $8,255.16 |
| | | | Less: Bank Transfers | | 8,255.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :   1,066,555.89

Net Estate :   $1,066,555.89

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******3166 | 1,066,555.89 | 868,720.33 | 189,580.40 |
| Checking # ******3167 | 0.00 | 0.00 | 8,255.16 |
| | $1,066,555.89 | $868,720.33 | $197,835.56 |

() Asset reference(s)   Printed: 03/07/2017 10:41 AM   V.13.30

Printed: 03/07/17 10:41 AM                                                                                          Page: 1

# Exhibit "C" - Analysis of Claims Register
## Case: 15-80172   BASLER, JEFFREY

**Cynthia's Balance:** $189,580.40

**Proposed Payment:** $189,580.40

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 863.10 | 863.10 | 0.00 | 863.10 | 856.30 | 188,724.10 |
| | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 55,246.68 | 55,246.68 | 43,250.00 | 11,996.68 | 11,902.20 | 176,682.90 |
| | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 7,863.00 | 7,863.00 | 0.00 | 7,863.00 | 7,801.07 | 169,020.83 |
| 13S | Illinois Bank & Trust | Secured | 198,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 169,020.83 |
| 14 | Byron Bank | Secured | 136,074.71 * | 0.00 | 0.00 | 0.00 | 0.00 | 169,020.83 |
| 15 | Byron Bank | Secured | 4,683.76 * | 0.00 | 0.00 | 0.00 | 0.00 | 169,020.83 |
| 16 | Byron Bank | Secured | 2,680.11 * | 0.00 | 0.00 | 0.00 | 0.00 | 169,020.83 |
| 2 | INTERNAL REVENUE SERVICE | Priority | 7,203.00 | 7,203.00 | 7,203.00 | 0.00 | 0.00 | 169,020.83 |
| 17 | Internal Revenue Service | Priority | 7,203.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 169,020.83 |
| 18 | Illinois Department of Revenue | Priority | 3,091.00 | 3,091.00 | 3,091.00 | 0.00 | 0.00 | 169,020.83 |
| 1 | PNC BANK, N.A. | Unsecured | 22,285.41 | 22,285.41 | 0.00 | 22,285.41 | 0.00 | 169,020.83 |
| 3 | Quantum3 Group LLC as agent for | Unsecured | 803.89 | 803.89 | 0.00 | 803.89 | 0.00 | 169,020.83 |
| 4 | Kent Investment Corporation | Unsecured | 1,220.71 * | 0.00 | 0.00 | 0.00 | 0.00 | 169,020.83 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 9,886.95 | 9,886.95 | 0.00 | 9,886.95 | 0.00 | 169,020.83 |
| 6 | Fifth Third Bank | Unsecured | 24,556.87 | 24,556.87 | 16,826.12 | 7,730.75 | 3,601.29 | 165,419.54 |
| 7 | Frontier Communications | Unsecured | 30.84 | 30.84 | 21.13 | 9.71 | 4.52 | 165,415.02 |
| 8 | Wells Fargo Bank, N.A. | Unsecured | 18,668.54 | 18,668.54 | 0.00 | 18,668.54 | 0.00 | 165,415.02 |
| 9 | nicor gas | Unsecured | 182.00 | 182.00 | 124.71 | 57.29 | 26.68 | 165,388.34 |
| 10 | Synchrony Bank | Unsecured | 214.95 | 214.95 | 0.00 | 214.95 | 0.00 | 165,388.34 |
| 11 | Illinois Bank & Trust | Unsecured | 15,778.45 | 15,778.45 | 10,811.23 | 4,967.22 | 2,313.93 | 163,074.41 |
| 12 | Illinois Bank & Trust | Unsecured | 362,949.73 | 362,949.73 | 248,689.42 | 114,260.31 | 53,227.02 | 109,847.39 |
| 13U | Illinois Bank & Trust | Unsecured | 749,038.37 | 749,038.37 | 513,233.39 | 235,804.98 | 109,847.39 | 0.00 |

(*) Denotes objection to Amount Filed

# Exhibit "C" - Analysis of Claims Register

## Case: 15-80172   BASLER, JEFFREY

| Jeffrey's Balance: | Proposed Payment: |
|---|---|
| $8,255.16 | $8,255.16 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | JOSEPH D. OLSEN <2200-00  Trustee Expenses> | Admin Ch. 7 | 863.10 | 863.10 | 0.00 | 863.10 | 6.80 | 8,248.36 |
|  | JOSEPH D. OLSEN <2100-00  Trustee Compensation> | Admin Ch. 7 | 55,246.68 | 55,246.68 | 43,250.00 | 11,996.68 | 94.48 | 8,153.88 |
|  | Yalden, Olsen & Willette <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 7,863.00 | 7,863.00 | 0.00 | 7,863.00 | 61.93 | 8,091.95 |
| 13S | Illinois Bank & Trust | Secured | 198,000.00* | 0.00 | 0.00 | 0.00 | 0.00 | 8,091.95 |
| 14 | Byron Bank | Secured | 136,074.71* | 0.00 | 0.00 | 0.00 | 0.00 | 8,091.95 |
| 15 | Byron Bank | Secured | 4,683.76* | 0.00 | 0.00 | 0.00 | 0.00 | 8,091.95 |
| 16 | Byron Bank | Secured | 2,680.11* | 0.00 | 0.00 | 0.00 | 0.00 | 8,091.95 |
| 2 | INTERNAL REVENUE SERVICE | Priority | 7,203.00 | 7,203.00 | 7,203.00 | 0.00 | 0.00 | 8,091.95 |
| 17 | Internal Revenue Service | Priority | 7,203.00* | 0.00 | 0.00 | 0.00 | 0.00 | 8,091.95 |
| 18 | Illinois Department of Revenue | Priority | 3,091.00 | 3,091.00 | 3,091.00 | 0.00 | 0.00 | 8,091.95 |
| 1 | PNC BANK, N.A. | Unsecured | 22,285.41 | 22,285.41 | 0.00 | 22,285.41 | 746.59 | 7,345.36 |
| 3 | Quantum3 Group LLC as agent for | Unsecured | 803.89 | 803.89 | 0.00 | 803.89 | 26.92 | 7,318.44 |
| 4 | Kent Investment Corporation | Unsecured | 1,220.71* | 0.00 | 0.00 | 0.00 | 0.00 | 7,318.44 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 9,886.95 | 9,886.95 | 0.00 | 9,886.95 | 331.22 | 6,987.22 |
| 6 | Fifth Third Bank | Unsecured | 24,556.87 | 24,556.87 | 16,826.12 | 7,730.75 | 0.00 | 6,987.22 |
| 7 | Frontier Communications | Unsecured | 30.84 | 30.84 | 21.13 | 9.71 | 0.17 | 6,987.05 |
| 8 | Wells Fargo Bank, N.A. | Unsecured | 18,668.54 | 18,668.54 | 0.00 | 18,668.54 | 625.42 | 6,361.63 |
| 9 | nicor gas | Unsecured | 182.00 | 182.00 | 124.71 | 57.29 | 1.02 | 6,360.61 |
| 10 | Synchrony Bank | Unsecured | 214.95 | 214.95 | 0.00 | 214.95 | 7.19 | 6,353.42 |
| 11 | Illinois Bank & Trust | Unsecured | 15,778.45 | 15,778.45 | 10,811.23 | 4,967.22 | 88.88 | 6,264.54 |
| 12 | Illinois Bank & Trust | Unsecured | 362,949.73 | 362,949.73 | 248,689.42 | 114,260.31 | 2,044.72 | 4,219.82 |
| 13U | Illinois Bank & Trust | Unsecured | 749,038.37 | 749,038.37 | 513,233.39 | 235,804.98 | 4,219.82 | 0.00 |

(*) Denotes objection to Amount Filed

# Exhibit "C" - Analysis of Claims Register
## Case: 15-80172   BASLER, JEFFREY

**Jeffrey's Balance:** $8,255.16

**Jeffrey's Proposed Payment:** $8,255.16

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 15-80172 : | | $1,628,525.07 | $1,278,662.78 | $843,250.00 | $435,412.78 | $8,255.16 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $63,972.78 | $63,972.78 | $43,250.00 | $163.21 | 100.000000% |
| Total Priority Claims : | $17,497.00 | $10,294.00 | $10,294.00 | $0.00 | 100.000000% |
| Total Secured Claims : | $341,438.58 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $1,205,616.71 | $1,204,396.00 | $789,706.00 | $8,091.95 | 66.2405% |

(*) Denotes objection to Amount Filed

# Exhibit "C" - Analysis of Claims Register

## Case:  15-80172    BASLER, JEFFREY

| Case Balance: | $189,580.40 | Total Proposed Payment: | $189,580.40 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 15-80172 : | | $1,628,525.07 | $1,278,662.78 | $843,250.00 | $435,412.78 | $189,580.40 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $63,972.78 | $63,972.78 | $43,250.00 | $20,559.57 | 100.000000% |
| Total Priority Claims : | $17,497.00 | $10,294.00 | $10,294.00 | $0.00 | 100.000000% |
| Total Secured Claims : | $341,438.58 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $1,205,616.71 | $1,204,396.00 | $789,706.00 | $169,020.83 | 79.6023% |

## TRUSTEE'S PROPOSED DISTRIBUTION    Exhibit D

Case No.: 15-80172
Case Name: BASLER, CYNTHIA
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**    $ 197,835.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13S | Illinois Bank & Trust | 198,000.00 | 0.00 | 0.00 | 0.00 |
| 14 | Byron Bank | 136,074.71 | 0.00 | 0.00 | 0.00 |
| 15 | Byron Bank | 4,683.76 | 0.00 | 0.00 | 0.00 |
| 16 | Byron Bank | 2,680.11 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $ 0.00
Joint Remaining balance:    $ 197,835.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Cynthia's Proposed Payment | Jeffrey's Proposed Payment |
|---|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 55,246.68 | 43,250.00 | 11,902.20 | 94.48 |
| Trustee, Expenses - JOSEPH D. OLSEN | 863.10 | 0.00 | 856.30 | 6.80 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 7,863.00 | 0.00 | 7801.07 | 61.93 |

Total to be paid for chapter 7 administration expenses:    $ 20,722.78
Joint Remaining balance:    $ 177,112.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $ 0.00
Joint Remaining balance:    $ 177,112.78

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,294.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 7,203.00 | 7,203.00 | 0.00 |
| 17 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 18 | Illinois Department of Revenue | 3,091.00 | 3,091.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Joint Remaining balance: $ 177,112.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,204,396.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83% for the Estate of Cynthia Basler and 3.35% for the Estate of Jeffrey Basler, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Cynthia's Proposed Payment | Jeffrey's Proposed Payment |
|---|---|---|---|---|---|
| 1 | PNC BANK, N.A. | 22,285.41 | 0.00 | | 746.59 |
| 3 | Quantum3 Group LLC as | 803.89 | 0.00 | | 26.92 |
| 4 | Kent Investment Corporation | 0.00 | 0.00 | | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 9,886.95 | 0.00 | | 331.22 |
| 6 | Fifth Third Bank | 24,556.87 | 16,826.12 | 3601.29 | |
| 7 | Frontier Communications | 30.84 | 21.13 | 4.52 | 0.17 |
| 8 | Wells Fargo Bank, N.A. | 18,668.54 | 0.00 | | 625.42 |
| 9 | nicor gas | 182.00 | 124.71 | 26.68 | 1.02 |
| 10 | Synchrony Bank | 214.95 | 0.00 | | 7.19 |
| 11 | Illinois Bank & Trust | 15,778.45 | 10,811.23 | 2313.93 | 88.88 |
| 12 | Illinois Bank & Trust | 362,949.73 | 248,689.42 | 53227.02 | 2044.72 |
| 13U | Illinois Bank & Trust | 749,038.37 | 513,233.39 | 109847.39 | 4219.82 |
| | | | Individual Totals | 169,020.83 | 8,091.95 |

UST Form 101-7-TFR (05/1/2011)

| | | |
|---|---|---|
| Joint Total to be paid for timely general unsecured claims: | $ | 177,112.78 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**