UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| JEFFREY BASLER and | § | |
| CYNTHIA BASLER | § | Case Number: 15-80172 |
| | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __March 29__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney James Stevens
Barrick Switzer Long Balsley & VanEvera
6833 Stalter Drive
Rockford, IL 61108

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

(NICOR) Northern Illinois Gas
Attention Bankruptcy & Collections
PO Box 549
Aurora, IL 60507-0549

Ace Hardware
2200 Kensington Court
Oak Brook, IL 60523-2100

Advantage Cap
1911 Elmore
Downers Grove, IL 60515-4458

BMO Harris
228 South Main Street
Rockford, IL 61101-1206

Bank Card Services
POB 4499
Beaverton, OR 97076-4499

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

Bert Hybels, Inc.
3322 Grand Prairie
Kalamazoo, MI 49006-1436

Blackhawk Carpet & Tile
8070 Pines Road
Oregon, IL 61061

Byron Bank
200 North Walnut
Byron, IL 61010-8803

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

Citgo
POB 6401
Sioux Falls, SD 57117-6401

City of Oregon
115 North Third Street
Oregon, IL 61061-1439

ComEd
POB 61111
Carol Stream, IL 60197

Comcast
POB 3002
Southeastern, PA 19398-3002

Comm. Bk. of Oregon/The Harvard St.
35 North Ayer Street
Harvard, IL 60033-2860

Commonwealth Edison Co
3 Lincoln Center
Attn: Bankruptcy Section
Oak Brook Terrace, IL 60181-4204

Community Bank of Oregon
The Harvard State Bank
101 S 4th St POB 399
Oregon, IL 61061-0399

Convenience Rental
520 Commerce Drive
Panama City, FL 32408-7672

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Equipment Depot
74 Remittance Drive, Suite 3295
Chicago, IL 60675-1000

Fifth Third Bank
1701 Boy Scout Drive
Fort Myers, FL 33907-2173

FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN, NY 10940-4918

Global Merchant
219-46 93rd Avenue
Queens Village, NY 11428-1818

Hinckley Springs
6750 Discovery Blvd.
Mableton, GA 30126-4646

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KSB Hospital
215 E. First Street
Dixon, IL 61021-3198

Kent Investment Corporation
POB 279
Ash Flat, AR 72513-0279

MantisFunding, LLC
64 Beaver Street, suite 344
New York, NY 10004-2508

Nicor Gas
POB 5407
Carol Stream, IL 60197-5407

On Deck
1400 Broadway
New York, NY 10018-5225

PIRS Capital, LLC
40 Exchange Place
New York, NY 10005-2728

PNC Bank
POB 5570
Cleveland, OH 44101-0570

Pearl Capital Rivis Ventures, LLC
c/o Grimble & Loguidice, LLC
217 Broadway, Suite 304
New York, NY 10007-2955

Pepsi-Cola of Madison
POB 8006
Madison, WI 53708-8006

Phillips Oil Co.
POB 530942
Atlanta, GA 30353-0942

Power Line Fnd
12 Bayview Avenue
Lawrence, NY 11559-4000

Sam's Club
POB 965046
Orlando, FL 32896-5046

ShellOil
POB 6406
Sioux Falls, SD 57117-6406

Stillman BancCorp
POB 150
Stillman Valley, IL 61084-0150

WIDE
3580 Wilshire Blvd.
Los Angeles, CA 90010-2545

Wells Fargo
6810 Knoxville Street
Peoria, IL 61614-2890

Wells Fargo
POB 280
Carlisle, IA 50047-0280

Wright Express
POB 639
Portland, ME 04104-0639

Cynthia Basler
1735 North Sauk Trail
Oregon, IL 61061-8982

Jeffrey Basler
1735 North Sauk Trail
Oregon, IL 61061-8982

Byron Bank
c/o Victoria R. Glidden
Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61105-1389

Basler's Hardware, Inc.
807 West Pines Road, Unit A
Oregon, IL 61061-9094

Byron Bank
POB 901
Byron, IL 61010-0901

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Fifth Third Bank
PO Box 9013
Addison Texas, TX 75001-9013

Fusion
21355 E. Dixie Highway, Suite 101
Aventura, FL 33180-1239

IOU Central
c/o Joyce Childers LLP
POB 55029
Atlanta, GA 30308

Illinois Bank & Trust
6855 East Riverside Drive
Rockford, IL 61114-4429

Illinois Bank & Trust
Kim M Casey, HolmstromKennedyPC
800 N Church Street POB 589
Rockford, IL 61105-0589

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO, IL 60664-0338

Merchant Fund
2100 Palmor Airport Road
Carlsbad, CA 92011-4402

PNC BANK, N.A.
PO BOX 94982
CLEVELAND OHIO, 44101-4982

Quantum3 Group LLC as agent for
GFGS II LLC
PO Box 788
Kirkland, WA 98083-0788

Riverside Community Bank
nka Illinois Bank& Trust
6855 East Riverside Blvd.
Rockford, IL 61114-4429

Synchrony Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

.Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

nicor gas
po box 549
aurora, IL 60507-0549

Capital One
POB 85520
Richmond, VA 23285