## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: BASLER, JEFFREY | § | Case No. 15-80172 |
| BASLER, CYNTHIA | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,307,544.00           Assets Exempt: $43,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $977,112.78      Claims Discharged
                                                  Without Payment: $237,577.22

Total Expenses of Administration: $89,443.11

   3) Total gross receipts of $ 1,066,555.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,066,555.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $341,438.58 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 63,972.78 | 89,443.11 | 89,443.11 | 89,443.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 17,497.00 | 10,294.00 | 10,294.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,205,616.71 | 1,204,396.00 | 966,818.78 |
| **TOTAL DISBURSEMENTS** | $63,972.78 | $1,653,995.40 | $1,304,133.11 | $1,066,555.89 |

4) This case was originally filed under Chapter 7 on January 27, 2015. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Lexus SC 430 | 1129-000 | 9,848.28 |
| 2008 Rav4 | 1129-000 | 6,951.72 |
| Interest in Trust & 2 life Ins Agrmnts | 1229-000 | 949,755.89 |
| Recovery of hidden asset -prepetition stock sale | 1221-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,066,555.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13S | Illinois Bank & Trust | 4110-000 | N/A | 198,000.00 | 0.00 | 0.00 |
| 14 | Byron Bank | 4110-000 | N/A | 136,074.71 | 0.00 | 0.00 |
| 15 | Byron Bank | 4110-000 | N/A | 4,683.76 | 0.00 | 0.00 |
| 16 | Byron Bank | 4110-000 | N/A | 2,680.11 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$341,438.58** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 55,246.68 | 55,246.68 | 55,246.68 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 863.10 | 863.10 | 863.10 |
| Attorney for Trustee Fees (Trustee Firm) - Yalden, Olsen & Willette | 3110-000 | N/A | 7,863.00 | 7,863.00 | 7,863.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,161.75 | 1,161.75 | 1,161.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,481.24 | 1,481.24 | 1,481.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,386.43 | 1,386.43 | 1,386.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,338.29 | 1,338.29 | 1,338.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,520.89 | 1,520.89 | 1,520.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,335.57 | 1,335.57 | 1,335.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,467.48 | 1,467.48 | 1,467.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,667.78 | 1,667.78 | 1,667.78 |
| Other - United States Treasury | 2810-000 | N/A | 1,535.00 | 1,535.00 | 1,535.00 |
| Other - Illinois Department of Revenue | 2820-000 | N/A | 5,045.00 | 5,045.00 | 5,045.00 |
| Accountant for Trustee Fees (Trustee Firm) - Benning Group, LLC | 3310-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,462.74 | 1,462.74 | 1,462.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,451.35 | 1,451.35 | 1,451.35 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 425.74 | 425.74 | 425.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,648.91 | 1,648.91 | 1,648.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 854.82 | 854.82 | 854.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 314.03 | 314.03 | 314.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 285.01 | 285.01 | 285.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 275.12 | 275.12 | 275.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 303.18 | 303.18 | 303.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $89,443.11 | $89,443.11 | $89,443.11 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 7,203.00 | 7,203.00 | 7,203.00 |
| 17 | Internal Revenue Service | 5800-000 | N/A | 7,203.00 | 0.00 | 0.00 |
| 18 | Illinois Department of Revenue | 5800-000 | N/A | 3,091.00 | 3,091.00 | 3,091.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $17,497.00 | $10,294.00 | $10,294.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK, N.A. | 7100-000 | N/A | 22,285.41 | 22,285.41 | 746.59 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 803.89 | 803.89 | 26.92 |
| 4 | Kent Investment Corporation | 7100-000 | N/A | 1,220.71 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,886.95 | 9,886.95 | 331.22 |
| 6 | Fifth Third Bank | 7100-000 | N/A | 24,556.87 | 24,556.87 | 20,427.41 |
| 7 | Frontier Communications | 7100-000 | N/A | 30.84 | 30.84 | 25.82 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 18,668.54 | 18,668.54 | 625.42 |
| 9 | nicor gas | 7100-000 | N/A | 182.00 | 182.00 | 152.41 |
| 10 | Synchrony Bank | 7100-000 | N/A | 214.95 | 214.95 | 7.19 |
| 11 | Illinois Bank & Trust | 7100-000 | N/A | 15,778.45 | 15,778.45 | 13,214.04 |
| 12 | Illinois Bank & Trust | 7100-000 | N/A | 362,949.73 | 362,949.73 | 303,961.16 |
| 13U | Illinois Bank & Trust | 7100-000 | N/A | 749,038.37 | 749,038.37 | 627,300.60 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $1,205,616.71 | $1,204,396.00 | $966,818.78 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80172  
**Case Name:** BASLER, JEFFREY  
BASLER, CYNTHIA  
**Period Ending:** 06/15/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/27/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 07/15/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1735 North Sauk, Oregon, IL | 305,000.00 | 0.00 | | 0.00 | FA |
| 2 | 101 North 3rd, Oregon, IL | 155,000.00 | 0.00 | | 0.00 | FA |
| 3 | 5233 Coral Isle Court, Ft. Myers, FL | 150,000.00 | 0.00 | | 0.00 | FA |
| 4 | 807 Pines Road, Oregon, IL | 650,000.00 | 0.00 | | 0.00 | FA |
| 5 | cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Community Bank of Oregon - checking | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Byron Bank/checking | 70.00 | 0.00 | | 0.00 | FA |
| 8 | Byron Bank - Savings | 24.00 | 0.00 | | 0.00 | FA |
| 9 | Fifth/Third Bank/ checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Riverside Bank - checking | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Byron Bank/checking | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Christmas Club @ The Harvard State Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | misc. household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 15 | fur ($500.00) engagement ring ($100.00) | 600.00 | 0.00 | | 0.00 | FA |
| 16 | Country Companies/beneficiary husband | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | Mass Mutual/hus.ben./Universal life | 0.00 | 0.00 | | 0.00 | FA |
| 18 | NW Mutual/Husband beneficiary/whole life | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Northwest Mutual/Wife beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 20 | MetLife/husband beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 21 | West Coast Life Ins./held by Bank to co | 0.00 | 0.00 | | 0.00 | FA |
| 22 | American General Life Ins. POB 9000 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | TRS | 4,300.00 | 0.00 | | 0.00 | FA |
| 24 | Basler's Hardware, Inc./business | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Basler's Hardware, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Bonds | 150.00 | 0.00 | | 0.00 | FA |
| 27 | 2006 Lexus SC 430 | 17,000.00 | 10,000.00 | | 9,848.28 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80172  
**Case Name:** BASLER, JEFFREY  
BASLER, CYNTHIA  
**Period Ending:** 06/15/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/27/15 (f)  
**§341(a) Meeting Date:** 03/05/15  
**Claims Bar Date:** 07/15/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2008 Rav4 | 12,000.00 | 8,000.00 | | 6,951.72 | FA |
| 29 | 2012 Sequoia | 30,000.00 | 0.00 | | 0.00 | FA |
| 30 | two jet skis | 400.00 | 0.00 | | 0.00 | FA |
| 31 | 20 year old pontoon boat | 200.00 | 0.00 | | 0.00 | FA |
| 32 | Basler's Land Trust 807 Pines Rd Oregon | 0.00 | 0.00 | | 0.00 | FA |
| 33 | LH Gebhart Insur Trust (*same as #40)  (u) | 0.00 | Unknown | | 0.00 | FA |
| 34 | Lynn H. Gebhart Trust (*same as #40)  (u) | 0.00 | Unknown | | 0.00 | FA |
| 35 | First Busey corporation (?)  (u) | 0.00 | Unknown | | 0.00 | FA |
| 36 | Met Life Stock  (u) | 0.00 | Unknown | | 0.00 | FA |
| 37 | 2014 Federal/State income tax refunds  (u) | 0.00 | Unknown | | 0.00 | FA |
| 38 | Post-petition transfers (stock div)  (u) | 0.00 | 5,300.00 | | 0.00 | FA |
| 39 | Preferences (?)  (u) | 0.00 | Unknown | | 0.00 | FA |
| 40 | Interest in Trust & 2 life Ins Agrmnts  (u) | 951,900.00 | 951,900.00 | | 949,755.89 | FA |
| 41 | Recovery of hidden asset -prepetition stock sale  (u) | 0.00 | Unknown | | 100,000.00 | FA |
| 41 | **Assets    Totals** (Excluding unknown values) | **$2,288,444.00** | **$975,200.00** | | **$1,066,555.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has collected in excess of $1 million dollars on the file. Has made an Interim Distribution to the creditors. The Trustee has to now "split" the estates for administrative purposes and allocate the receipts and disbursements between the 2 estates and file his Final Report. In addition the Debtors entered into a stipulation to have their discharge revoked.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016    **Current Projected Date Of Final Report (TFR):**    March 28, 2017  (Actual)

Printed: 06/15/2017 12:44 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-80172 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BASLER, JEFFREY | | Bank Name: | Rabobank, N.A. |
| | BASLER, CYNTHIA | | Account: | ******3166 - Cynthia Basler |
| Taxpayer ID #: | **-***7775 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/15/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/15 | | Cynthia and Jeffrey Basler | equity re: vehicles | | 16,800.00 | | 16,800.00 |
| | {27} | | 9,848.28 | 1129-000 | | | 16,800.00 |
| | {28} | | 6,951.72 | 1129-000 | | | 16,800.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,790.00 |
| 08/03/15 | {40} | Busey Wealth Management | Beverly & Gloria Reedy & Mercer, et al (cash distribution) | 1229-000 | 29,879.38 | | 46,669.38 |
| 08/03/15 | {40} | Busey Wealth Management | Lynn H Gebhart Trust Ag. Irrev (25%) | 1229-000 | 165,658.08 | | 212,327.46 |
| 08/03/15 | {40} | Busey Wealth Management | Lynn H Gebhart Trust Under will (30%) | 1229-000 | 754,218.43 | | 966,545.89 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,161.75 | 965,384.14 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,481.24 | 963,902.90 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,386.43 | 962,516.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,338.29 | 961,178.18 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,520.89 | 959,657.29 |
| 01/27/16 | {41} | Fifth Third Bank | Cashier's check (purchased by Cynthia Basler) | 1221-000 | 100,000.00 | | 1,059,657.29 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,335.57 | 1,058,321.72 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,467.48 | 1,056,854.24 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,667.78 | 1,055,186.46 |
| 04/14/16 | 101 | United States Treasury | payment of year end 1041 taxes for 12/31/15 | 2810-000 | | 1,535.00 | 1,053,651.46 |
| 04/14/16 | 102 | Illinois Department of Revenue | pymt of Form IL-1041-V for year end 12/31/15 | 2820-000 | | 5,045.00 | 1,048,606.46 |
| 04/25/16 | 103 | Benning Group, LLC | Per Ct. Order of 4/20/16 | 3310-000 | | 500.00 | 1,048,106.46 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,462.74 | 1,046,643.72 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,451.35 | 1,045,192.37 |
| 06/02/16 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-80172 | 2300-000 | | 425.74 | 1,044,766.63 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,648.91 | 1,043,117.72 |
| 07/12/16 | 105 | Yalden, Olsen & Willette | Per Court Order 7/11/16 - Interim trustee fees | 2100-000 | | 43,250.00 | 999,867.72 |
| 07/12/16 | 106 | INTERNAL REVENUE SERVICE | | 5800-000 | | 7,203.00 | 992,664.72 |
| 07/12/16 | 107 | Fifth Third Bank | per court order of 7/11/16 - Interim distribution | 7100-000 | | 16,826.12 | 975,838.60 |
| 07/12/16 | 108 | Frontier Communications | Per court order of 7/11/16 - interim distribution | 7100-000 | | 21.13 | 975,817.47 |
| 07/12/16 | 109 | Nicor Gas | Per Court order of 7/11/16 - interim distribution | 7100-000 | | 124.71 | 975,692.76 |
| 07/12/16 | 110 | Illinois Bank & Trust | Per Court order of 7/11/16 - interim distribution | 7100-000 | | 10,811.23 | 964,881.53 |
| 07/12/16 | 111 | Illinois Bank & Trust | Per court order 7/11/16 - interim distribution | 7100-000 | | 248,689.42 | 716,192.11 |
| 07/12/16 | 112 | Illinois Bank & Trust | Per court order of 7/11/16 - interim distribution | 7100-000 | | 513,233.39 | 202,958.72 |
| 07/12/16 | 113 | Illinois Department of Revenue | Per Court order of 7/11/16 - interim distribution | 5800-000 | | 3,091.00 | 199,867.72 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 854.82 | 199,012.90 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.03 | 198,698.87 |

Subtotals :     $1,066,555.89     $867,857.02

{} Asset reference(s)

Printed: 06/15/2017 12:44 PM     V.13.30

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 15-80172  
**Case Name:** BASLER, JEFFREY  
BASLER, CYNTHIA  
**Taxpayer ID #:** **-***7775  
**Period Ending:** 06/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Cynthia Basler  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 285.01 | 198,413.86 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 275.12 | 198,138.74 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 303.18 | 197,835.56 |
| 01/30/17 | | To Account #******3167 | Transfer to husband per court order | 9999-000 | | 8,255.16 | 189,580.40 |
| 04/24/17 | | From Account #******3167 | Funds transfer for final distributions | 9999-000 | 8,255.16 | | 197,835.56 |
| 04/24/17 | 114 | Yalden, Olsen & Willette | Dividend paid 100.00% on $7,863.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,863.00 | 189,972.56 |
| 04/24/17 | 115 | JOSEPH D. OLSEN | Dividend paid 100.00% on $863.10, Trustee Expenses; Reference: | 2200-000 | | 863.10 | 189,109.46 |
| 04/24/17 | 116 | JOSEPH D. OLSEN | Dividend paid 100.00% on $55,246.68, Trustee Compensation; Reference: | 2100-000 | | 11,996.68 | 177,112.78 |
| 04/24/17 | 117 | PNC BANK, N.A. | Dividend paid 80.27% on $22,285.41; Claim# 1; Filed: $22,285.41; Reference: Voided on 04/24/17 | 7100-004 | | 17,889.43 | 159,223.35 |
| 04/24/17 | 117 | PNC BANK, N.A. | Dividend paid 80.27% on $22,285.41; Claim# 1; Filed: $22,285.41; Reference: Voided: check issued on 04/24/17 | 7100-004 | | -17,889.43 | 177,112.78 |
| 04/24/17 | 118 | Quantum3 Group LLC as agent for | Dividend paid 80.27% on $803.89; Claim# 3; Filed: $803.89; Reference: Voided on 04/24/17 | 7100-004 | | 645.32 | 176,467.46 |
| 04/24/17 | 118 | Quantum3 Group LLC as agent for | Dividend paid 80.27% on $803.89; Claim# 3; Filed: $803.89; Reference: Voided: check issued on 04/24/17 | 7100-004 | | -645.32 | 177,112.78 |
| 04/24/17 | 119 | Capital One Bank (USA), N.A. | Dividend paid 80.27% on $9,886.95; Claim# 5; Filed: $9,886.95; Reference: Voided on 04/24/17 | 7100-004 | | 7,936.67 | 169,176.11 |
| 04/24/17 | 119 | Capital One Bank (USA), N.A. | Dividend paid 80.27% on $9,886.95; Claim# 5; Filed: $9,886.95; Reference: Voided: check issued on 04/24/17 | 7100-004 | | -7,936.67 | 177,112.78 |
| 04/24/17 | 120 | Fifth Third Bank | Dividend paid 80.27% on $24,556.87; Claim# 6; Filed: $24,556.87; Reference: Voided on 04/24/17 | 7100-004 | | 2,886.70 | 174,226.08 |
| 04/24/17 | 120 | Fifth Third Bank | Dividend paid 80.27% on $24,556.87; Claim# 6; Filed: $24,556.87; Reference: Voided: check issued on 04/24/17 | 7100-004 | | -2,886.70 | 177,112.78 |
| 04/24/17 | 121 | Wells Fargo Bank, N.A. | Dividend paid 80.27% on $18,668.54; Claim# 8; Filed: $18,668.54; Reference: Voided on 04/24/17 | 7100-004 | | 14,986.01 | 162,126.77 |
| 04/24/17 | 121 | Wells Fargo Bank, N.A. | Dividend paid 80.27% on $18,668.54; Claim# | 7100-004 | | -14,986.01 | 177,112.78 |

Subtotals :  $8,255.16   $29,841.25

{} Asset reference(s)  
Printed: 06/15/2017 12:44 PM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 15-80172 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BASLER, JEFFREY | | Bank Name: | Rabobank, N.A. |
| | BASLER, CYNTHIA | | Account: | ******3166 - Cynthia Basler |
| Taxpayer ID #: | **-***7775 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/15/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8; Filed: $18,668.54; Reference:<br>Voided: check issued on 04/24/17 | | | | |
| 04/24/17 | 122 | nicor gas | Dividend paid 80.27% on $182.00; Claim# 9;<br>Filed: $182.00; Reference:<br>Voided on 04/24/17 | 7100-004 | | 21.39 | 177,091.39 |
| 04/24/17 | 122 | nicor gas | Dividend paid 80.27% on $182.00; Claim# 9;<br>Filed: $182.00; Reference:<br>Voided: check issued on 04/24/17 | 7100-004 | | -21.39 | 177,112.78 |
| 04/24/17 | 123 | Synchrony Bank | Dividend paid 80.27% on $214.95; Claim# 10;<br>Filed: $214.95; Reference:<br>Voided on 04/24/17 | 7100-004 | | 172.55 | 176,940.23 |
| 04/24/17 | 123 | Synchrony Bank | Dividend paid 80.27% on $214.95; Claim# 10;<br>Filed: $214.95; Reference:<br>Voided: check issued on 04/24/17 | 7100-004 | | -172.55 | 177,112.78 |
| 04/24/17 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided on 04/24/17 | 7100-004 | | 3.63 | 177,109.15 |
| 04/24/17 | 124 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 04/24/17 | 7100-004 | | -3.63 | 177,112.78 |
| 04/24/17 | 125 | Illinois Bank & Trust | Combined Check for Claims#11,12,13U<br>Voided on 04/24/17 | 7100-004 | | 132,571.08 | 44,541.70 |
| 04/24/17 | 125 | Illinois Bank & Trust | Combined Check for Claims#11,12,13U<br>Voided: check issued on 04/24/17 | 7100-004 | | -132,571.08 | 177,112.78 |
| 04/24/17 | 126 | PNC BANK, N.A. | Dividend paid 3.35% on claim #1 | 7100-000 | | 746.59 | 176,366.19 |
| 04/24/17 | 127 | Quantum3 Group LLC as agent for | Dividend paid 3.35% on claim # 3 | 7100-000 | | 26.92 | 176,339.27 |
| 04/24/17 | 128 | Capital One Bank (USA), N.A. | Dividend paid 3.35% on claim # 5 | 7100-000 | | 331.22 | 176,008.05 |
| 04/24/17 | 129 | Fifth Third Bank | Dividend paid 83.75% on balance of claim # 6 with interim distribution | 7100-000 | | 3,601.29 | 172,406.76 |
| 04/24/17 | 130 | Frontier Communications | Dividend paid 83.75% on balance of claim # 7 with interim distribution<br>Voided on 04/24/17 | 7100-004 | | 4.69 | 172,402.07 |
| 04/24/17 | 130 | Frontier Communications | Dividend paid 83.75% on balance of claim # 7 with interim distribution<br>Voided: check issued on 04/24/17 | 7100-004 | | -4.69 | 172,406.76 |
| 04/24/17 | 131 | Wells Fargo Bank, N.A. | Dividend paid 3.35% on claim # 8 | 7100-000 | | 625.42 | 171,781.34 |
| 04/24/17 | 132 | Nicor Gas | Dividend paid 83.75% on claim # 9 with interim distribution | 7100-000 | | 27.70 | 171,753.64 |
| 04/24/17 | 133 | Synchrony Bank | Dividend paid 3.35% on claim # 10 | 7100-000 | | 7.19 | 171,746.45 |
| 04/24/17 | 134 | Illinois Bank & Trust | Dividend paid 83.75% on balance of claim # 11 with interim distribution | 7100-000 | | 2,402.81 | 169,343.64 |

Subtotals :   $0.00   $7,769.14

{} Asset reference(s)

Printed: 06/15/2017 12:44 PM    V.13.30

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 15-80172  
**Case Name:** BASLER, JEFFREY  
BASLER, CYNTHIA  
**Taxpayer ID #:** **-***7775  
**Period Ending:** 06/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Cynthia Basler  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/24/17 | 135 | Illinois Bank & Trust | Dividend paid 83.75% on balance of claim # 12 with interim distribution | 7100-000 | | 55,271.74 | 114,071.90 |
| 04/24/17 | 136 | Illinois Bank & Trust | Dividend paid 83.75% on balance of claim # 13U with interim distribution | 7100-000 | | 114,067.21 | 4.69 |
| 04/24/17 | 137 | Clerk of the United States Bankruptcy Court | Small dividends | 7100-000 | | 4.69 | 0.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.36 | -255.36 |
| 05/01/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -255.36 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,074,811.05 | 1,074,811.05 | $0.00 |
| | | | Less: Bank Transfers | | 8,255.16 | 8,255.16 | |
| | | | **Subtotal** | | **1,066,555.89** | **1,066,555.89** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,066,555.89** | **$1,066,555.89** | |

{} Asset reference(s)

Printed: 06/15/2017 12:44 PM     V.13.30

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 15-80172  
**Case Name:** BASLER, JEFFREY  
BASLER, CYNTHIA  
**Taxpayer ID #:** **-***7775  
**Period Ending:** 06/15/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3167 - Jeffrey Basler  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/17 | | From Account #******3166 | Transfer to husband per court order | 9999-000 | 8,255.16 | | 8,255.16 |
| 04/24/17 | | To Account #******3166 | Funds transfer for final distributions | 9999-000 | | 8,255.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,255.16 | 8,255.16 | $0.00 |
| | | | Less: Bank Transfers | | 8,255.16 | 8,255.16 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Net Receipts :       1,066,555.89  
———————  
Net Estate :         $1,066,555.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3166** | 1,066,555.89 | 1,066,555.89 | 0.00 |
| **Checking # ******3167** | 0.00 | 0.00 | 0.00 |
| | $1,066,555.89 | $1,066,555.89 | $0.00 |

{} Asset reference(s)

Printed: 06/15/2017 12:44 PM     V.13.30